UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/2012
```

LORELEY FINANCING (JERSEY) NO. 3 LIMITED, *et al.*,

                Plaintiffs,

-v-

WELLS FARGO SECURITIES, LLC, *et al.*,

                Defendants.

No. 12 Civ. 3723 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The parties are HEREBY ORDERED to appear for a status conference on July 17, 2012, at 2:30 p.m. in Courtroom 21C of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

    IT IS FURTHER ORDERED THAT, by June 29, 2012, at 4:00 p.m., the parties shall jointly submit a letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

(1) A brief statement of the nature of the action and the principal defenses thereto;

(2) A brief explanation of why jurisdiction and venue lie in this Court;

(3) A brief description of all outstanding motions and/or outstanding requests to file motions;

(4) A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;

(5) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(6) The estimated length of trial; and

(7)     Any other information that you believe may assist this Court in resolving this action.

IT IS FURTHER ORDERED THAT, by June 29, 2012, at 4:00 p.m., the parties shall submit to the Court a proposed case management plan and scheduling order. A template is available at http://www.nysd.uscourts.gov/cases/show.php?db=judge_info&id=347.

The status letter and the proposed case management plan should be e-mailed to my chambers at the following email address: sullivannysdchambers@nysd.uscourts.gov. Please consult my Individual Rules with respect to communications with chambers and related matters.

Defendants are ordered to serve Plaintiffs with a copy of this Order and file a certificate of service on ECF indicating that this service was effectuated. Plaintiffs shall thereafter file a notice of appearance through ECF.

SO ORDERED.

Dated:      May 16, 2012
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE