UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORELEY FINANCING (JERSEY) NO. 3 LIMITED; LORELEY FINANCING (JERSEY) NO. 5 LIMITED; LORELEY FINANCING (JERSEY) NO. 15 LIMITED; LORELEY FINANCING (JERSEY) NO. 28 LIMITED; and LORELEY FINANCING (JERSEY) NO. 30 LIMITED<br><br>                    Plaintiffs,<br><br>      v.<br><br>WELLS FARGO SECURITIES, LLC; WELLS FARGO SECURITIES INTERNATIONAL LIMITED, WELLS FARGO BANK, N.A.; HARDING ADVISORY LLC; STRUCTURED ASSET INVESTORS, LLC; OCTANS II CDO LTD; OCTANS II CDO LLC; SAGITTARIUS CDO I LTD; SAGITTARIUS CDO I LLC; LONGSHORE CDO FUNDING 2007-3 LTD.; and LONGSHORE CDO FUNDING 2007-3 LLC,<br><br>                    Defendants. | 1:12-cv-03723-RJS |

## CERTIFICATE OF SERVICE

I certify that on May 10, 2012, I caused the NOTICE OF REMOVAL of Wells Fargo Bank, N.A., to be served by First Class U.S. Mail on the following counsel for the Plaintiff:

    Marc E. Kasowitz, Esq.
    Sheron Korpus, Esq.
    Kasowitz, Benson, Torres & Friedman LLP
    1633 Broadway, New York, NY 10019

    *Attorneys for Plaintiffs, Loreley Financing (Jersey) No. 3 Limited; Loreley Financing (Jersey) No. 5 Limited; Loreley Financing (Jersey) No. 15 Limited; Loreley Financing (Jersey) No. 28 Limited; and Loreley Financing (Jersey) No. 30 Limited*

Dated:  May 17, 2012
        New York, New York

/s/ *Alex P. McBride*
Alex P. McBride
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306