UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORELEY FINANCING (JERSEY) NO. 3 LIMITED; LORELEY FINANCING (JERSEY) NO. 5 LIMITED; LORELEY FINANCING (JERSEY) NO. 15 LIMITED; LORELEY FINANCING (JERSEY) NO. 28 LIMITED; and LORELEY FINANCING (JERSEY) NO. 30 LIMITED

Plaintiffs,

v.

WELLS FARGO SECURITIES, LLC; WELLS FARGO SECURITIES INTERNATIONAL LIMITED, WELLS FARGO BANK, N.A.; HARDING ADVISORY LLC; STRUCTURED ASSET INVESTORS, LLC; OCTANS II CDO LTD; OCTANS II CDO LLC; SAGITTARIUS CDO I LTD; SAGITTARIUS CDO I LLC; LONGSHORE CDO FUNDING 2007-3 LTD.; and LONGSHORE CDO FUNDING 2007-3 LLC,

Defendants.

1:12-cv-03723-RJS

**STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/2012

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which Defendants may move, answer or otherwise respond to the Complaint is extended up to and including June 29, 2012.

Except as expressly set forth herein, the parties to this stipulation reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses, including without limitation, any objection to jurisdiction of this Court or to venue. This Stipulation may be modified by written agreement between counsel for the parties for good cause shown.

Dated: May 16, 2012
      New York, New York

*Sheron Korpus* (signature)

Sheron Korpus
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1969
Facsimile: (212) 500-3469

*Attorneys for Loreley Financing (Jersey) No. 3 Limited; Loreley Financing (Jersey) No. 5 Limited; Loreley Financing (Jersey) No. 15 Limited; Loreley Financing (Jersey) No. 28 Limited; and Loreley Financing (Jersey) No. 30 Limited*

(signature)

Steven Molo
Kelly Daley
MOLOLAMKEN LLP
540 Madison Avenue
New York, NY 10022
Telephone: (212) 607-8160
Facsimile: (212) 607-8161

*Attorneys for Harding Advisory LLC*

(signature)

Jayant W. Tambe
Alex P. McBride
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

David C. Bohan
William M. Regan
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Telephone:(212) 940-8579
Facsimile: (212) 894-5549

*Attorneys for Wells Fargo Securities, LLC; Wells Fargo Securities International Limited; Wells Fargo Bank, N.A.; and Structured Asset Investors, LLC*

SO ORDERED

(signature)

Hon. Richard J. Sullivan
United States District Court Judge

5/17/12