UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORELEY FINANCING (JERSEY) NO. 3 LIMITED; LORELEY FINANCING (JERSEY) NO. 5 LIMITED; LORELEY FINANCING (JERSEY) NO. 15 LIMITED; LORELEY FINANCING (JERSEY) NO. 28 LIMITED; and LORELEY FINANCING (JERSEY) NO. 30 LIMITED<br><br>            Plaintiffs,<br><br>     v.<br><br>WELLS FARGO SECURITIES, LLC; WELLS FARGO SECURITIES INTERNATIONAL LIMITED; WELLS FARGO BANK, N.A.; HARDING ADVISORY LLC; STRUCTURED ASSET INVESTORS, LLC; OCTANS II CDO LTD; OCTANS II CDO LLC; SAGITTARIUS CDO I LTD; SAGITTARIUS CDO I LLC; LONGSHORE CDO FUNDING 2007-3 LTD.; and LONGSHORE CDO FUNDING 2007-3 LLC,<br><br>            Defendants. | No. 12-CV-3723 (RJS) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Wells Fargo Securities International Limited, a private limited company incorporated under the laws of England and Wales, certifies that it is an indirect, wholly-owned subsidiary of Wells Fargo & Company, a publicly traded corporation organized under the laws of the State of Delaware. There is no person or entity that owns more than 10 percent of the shares of Wells Fargo & Company.

Dated: May 22, 2012
       New York, New York

                            /s/ Alex P. McBride
                            Jayant W. Tambe
                            Alex P. McBride
                            JONES DAY
                            222 East 41st Street
                            New York, New York 10017
                            Telephone: (212) 326-3939
                            Facsimile: (212) 755-7306

                            David C. Bohan
                            William M. Regan
                            KATTEN MUCHIN ROSENMAN LLP
                            575 Madison Avenue
                            New York, NY 10022-2585
                            Telephone:(212) 940-8579
                            Facsimile: (212) 894-5549

*Attorneys for Defendants Wells Fargo Securities LLC, Wells Fargo Securities International Ltd., Wells Fargo Bank, N.A., and Structured Asset Investors LLC*