UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORELEY FINANCING (JERSEY) NO. 3 LIMITED; LORELEY FINANCING (JERSEY) NO. 5 LIMITED; LORELEY FINANCING (JERSEY) NO. 15 LIMITED; LORELEY FINANCING (JERSEY) NO. 28 LIMITED; and LORELEY FINANCING (JERSEY) NO. 30 LIMITED<br><br>      Plaintiffs,<br><br>   v.<br><br>WELLS FARGO SECURITIES, LLC; WELLS FARGO SECURITIES INTERNATIONAL LIMITED; WELLS FARGO BANK, N.A.; HARDING ADVISORY LLC; STRUCTURED ASSET INVESTORS, LLC; OCTANS II CDO LTD; OCTANS II CDO LLC; SAGITTARIUS CDO I LTD; SAGITTARIUS CDO I LLC; LONGSHORE CDO FUNDING 2007-3 LTD.; and LONGSHORE CDO FUNDING 2007-3 LLC,<br><br>      Defendants. | No. 12-CV-3723 (RJS) |

## **NOTICE OF APPEARANCE**

  PLEASE TAKE NOTICE that Jayant W. Tambe of Jones Day, with offices located at 222 East 41st Street, New York, NY 10017, hereby appears on behalf of defendants Wells Fargo Securities LLC, Wells Fargo Securities International Ltd., Wells Fargo Bank, N.A., and Structured Asset Investors, LLC.

  I hereby certify that I am admitted to practice before this Court.

Dated: May 22, 2012
       New York, New York

/s/ Jayant W. Tambe
Jayant W. Tambe
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3604
Facsimile: (212) 755-7306
Email: jtambe@jonesday.com

*Attorneys for Defendants Wells Fargo Securities LLC, Wells Fargo Securities International Ltd., Wells Fargo Bank, N.A., and Structured Asset Investors LLC*