UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LORELEY FINANCING (JERSEY) NO. 3 LIMITED; LORELEY FINANCING (JERSEY) NO. 5 LIMITED; LORELEY FINANCING (JERSEY) NO. 15 LIMITED; LORELEY FINANCING (JERSEY) NO. 28 LIMITED; and LORELEY FINANCING (JERSEY) NO. 30 LIMITED

     Plaintiffs,

  v.

WELLS FARGO SECURITIES, LLC; WELLS FARGO SECURITIES INTERNATIONAL LIMITED; WELLS FARGO BANK, N.A.; HARDING ADVISORY LLC; STRUCTURED ASSET INVESTORS, LLC; OCTANS II CDO LTD; OCTANS II CDO LLC; SAGITTARIUS CDO I LTD; SAGITTARIUS CDO I LLC; LONGSHORE CDO FUNDING 2007-3 LTD.; and LONGSHORE CDO FUNDING 2007-3 LLC,

     Defendants.

No. 12-CV-3723 (RJS)

---

## RULE 7.1 DISCLOSURE STATEMENT

  Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Wells Fargo Securities, LLC, a limited liability company organized under the laws of Delaware, certifies that it is a wholly-owned subsidiary of EVEREN Capital Corp.  EVEREN Capital Corp. is a wholly-owned subsidiary of Wells Fargo & Company, a publicly traded corporation organized under the laws of the State of Delaware.  There is no person or entity that owns more than 10 percent of the shares of Wells Fargo & Company.

Dated: May 22, 2012
　　　　New York, New York

　　　　　　　　　　　　　　　　　　/s/ Alex P. McBride
　　　　　　　　　　　　　　　　　　Jayant W. Tambe
　　　　　　　　　　　　　　　　　　Alex P. McBride
　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　222 East 41st Street
　　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　　Telephone: (212) 326-3939
　　　　　　　　　　　　　　　　　　Facsimile: (212) 755-7306

　　　　　　　　　　　　　　　　　　David C. Bohan
　　　　　　　　　　　　　　　　　　William M. Regan
　　　　　　　　　　　　　　　　　　KATTEN MUCHIN ROSENMAN LLP
　　　　　　　　　　　　　　　　　　575 Madison Avenue
　　　　　　　　　　　　　　　　　　New York, NY 10022-2585
　　　　　　　　　　　　　　　　　　Telephone:(212) 940-8579
　　　　　　　　　　　　　　　　　　Facsimile: (212) 894-5549

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Wells Fargo Securities LLC, Wells Fargo Securities International Ltd., Wells Fargo Bank, N.A., and Structured Asset Investors LLC*