UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORELEY FINANCING (JERSEY) NO. 3 LIMITED; LORELEY FINANCING (JERSEY) NO. 5 LIMITED; LORELEY FINANCING (JERSEY) NO. 15 LIMITED; LORELEY FINANCING (JERSEY) NO. 28 LIMITED; and LORELEY FINANCING (JERSEY) NO. 30 LIMITED<br><br>      Plaintiffs,<br><br>  v.<br><br>WELLS FARGO SECURITIES, LLC; WELLS FARGO SECURITIES INTERNATIONAL LIMITED; WELLS FARGO BANK, N.A.; HARDING ADVISORY LLC; STRUCTURED ASSET INVESTORS, LLC; OCTANS II CDO LTD; OCTANS II CDO LLC; SAGITTARIUS CDO I LTD; SAGITTARIUS CDO I LLC; LONGSHORE CDO FUNDING 2007-3 LTD.; and LONGSHORE CDO FUNDING 2007-3 LLC,<br><br>      Defendants. | No. 12-CV-3723 (RJS) |

## **RULE 7.1 DISCLOSURE STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Wells Fargo Securities International Limited, a private limited company incorporated under the laws of England and Wales, certifies that it is an indirect, wholly-owned subsidiary of Wells Fargo & Company, a publicly traded corporation organized under the laws of the State of Delaware. There is no person or entity that owns more than 10 percent of the shares of Wells Fargo & Company.

Dated: May 22, 2012
      New York, New York

/s/ Alex P. McBride
Jayant W. Tambe
Alex P. McBride
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

David C. Bohan
William M. Regan
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Telephone:(212) 940-8579
Facsimile: (212) 894-5549

*Attorneys for Defendants Wells Fargo Securities LLC, Wells Fargo Securities International Ltd., Wells Fargo Bank, N.A., and Structured Asset Investors LLC*