UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORELEY FINANCING (JERSEY) NO. 3 LIMITED; LORELEY FINANCING (JERSEY) NO. 5 LIMITED; LORELEY FINANCING (JERSEY) NO. 15 LIMITED; LORELEY FINANCING (JERSEY) NO. 28 LIMITED; and LORELEY FINANCING (JERSEY) NO. 30 LIMITED<br><br>                  Plaintiffs,<br><br>     v.<br><br>WELLS FARGO SECURITIES, LLC; WELLS FARGO SECURITIES INTERNATIONAL LIMITED; WELLS FARGO BANK, N.A.; HARDING ADVISORY LLC; STRUCTURED ASSET INVESTORS, LLC; OCTANS II CDO LTD; OCTANS II CDO LLC; SAGITTARIUS CDO I LTD; SAGITTARIUS CDO I LLC; LONGSHORE CDO FUNDING 2007-3 LTD.; and LONGSHORE CDO FUNDING 2007-3 LLC,<br><br>                  Defendants. | No. 12-CV-3723 (RJS) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Structured Asset Investors, LLC, a limited liability company organized under the laws of Delaware, certifies that it is a wholly-owned subsidiary of Wells Fargo & Company, a publicly traded corporation organized under the laws of the State of Delaware. There is no person or entity that owns more than 10 percent of the shares of Wells Fargo & Company.

Dated: May 22, 2012
       New York, New York


                                    /s/ Alex P. McBride
                                    Jayant W. Tambe
                                    Alex P. McBride
                                    JONES DAY
                                    222 East 41st Street
                                    New York, New York 10017
                                    Telephone: (212) 326-3939
                                    Facsimile: (212) 755-7306

                                    David C. Bohan
                                    William M. Regan
                                    KATTEN MUCHIN ROSENMAN LLP
                                    575 Madison Avenue
                                    New York, NY 10022-2585
                                    Telephone:(212) 940-8579
                                    Facsimile: (212) 894-5549

                                    *Attorneys for Defendants Wells Fargo
                                    Securities LLC, Wells Fargo Securities
                                    International Ltd., Wells Fargo Bank, N.A.,
                                    and Structured Asset Investors LLC*