UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2012
```

---

LORELEY FINANCING (JERSEY) NO. 3
LIMITED, *et al.*,

                Plaintiffs,

-v-

WELLS FARGO SECURITIES, LLC, *et al.*,

                Defendants.

No. 12 Civ. 3723 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of (1) letters from Defendants, dated June 15, 2012, requesting a pre-motion conference regarding contemplated motions to dismiss the complaint, and (2) letters from Plaintiffs, dated June 20, 2012, responding to these requests. IT IS HEREBY ORDERED THAT the initial conference previously scheduled for July 17, 2012 at 2:30 p.m. shall also function as a pre-motion conference. The parties shall make the joint submissions called for in the Court's order of May 16, 2012 as originally scheduled.

SO ORDERED.

Dated:      June 20, 2012
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE