UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORELEY FINANCING (JERSEY) NO. 3 LIMITED; LORELEY FINANCING (JERSEY) NO. 5 LIMITED; LORELEY FINANCING (JERSEY) NO. 15 LIMITED; LORELEY FINANCING (JERSEY) NO. 28 LIMITED; and LORELEY FINANCING (JERSEY) NO. 30 LIMITED,<br><br>                    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO SECURITIES, LLC; WELLS FARGO SECURITIES INTERNATIONAL, LIMITED; WELLS FARGO BANK, N.A.; HARDING ADVISORY LLC; STRUCTURED ASSET INVESTORS, LLC; OCTANS II CDO LTD; OCTANS II CDO LLC; SAGITTARIUS CDO I LTD; SAGITTARIUS CDO I LLC; LONGSHORE CDO FUNDING 2007-3 LTD.; and LONGSHORE CDO FUNDING 2007-3 LLC,<br><br>                    Defendants. | No. 12-CV-3723 (RJS) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David C. Bohan of Katten Muchin Rosenman LLP, with offices located at 525 West Monroe Street, Chicago, IL 60661, hereby appears on behalf of defendants Wells Fargo Securities LLC, Wells Fargo Securities International Ltd., Wells Fargo Bank, N.A. and Structured Asset Investors LLC.

I hereby certify that I am admitted to practice before this Court.

| | |
|---|---|
| Dated:  June 28, 2012 | Respectfully submitted, |

/s/  David C. Bohan
David C. Bohan #DB2194
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL  60661
Telephone:  (312) 902-5566
Facsimile:  (312) 902-1061
Email:  david.bohan@kattenlaw.com

*Attorneys for Defendants Wells Fargo Securities LLC, Wells Fargo Securities International Ltd., Wells Fargo Bank, N.A. and Structured Asset Investors LLC*

50732186