UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------

Loreley Financing (Jersey) No 3, et al. Plaintiff,

Case No. 12-cv-03723

-against-

Wells Fargo Securities, LLC, et al. Defendant.
---------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Benoit Quarmby
FILL IN ATTORNEY NAME

My SDNY Bar Number is: BQ9074     My State Bar Number is 4298725

I am,

[X] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Quinn Emanuel Urquhart + Sullivan LLP
            FIRM ADDRESS: 51 Madison Ave, New York, NY 10010
            FIRM TELEPHONE NUMBER: 212-849-7000
            FIRM FAX NUMBER: 212-849-7100

NEW FIRM:   FIRM NAME: Molo Lamken
            FIRM ADDRESS: 540 Madison Ave, New York, NY 10022
            FIRM TELEPHONE NUMBER: 212-607-8160
            FIRM FAX NUMBER: 212-607-8161

[X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 7/11/12

ATTORNEY'S SIGNATURE