UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORELEY FINANCING (JERSEY) NO. 3 LIMITED; LORELEY FINANCING (JERSEY) NO. 5 LIMITED; LORELEY FINANCING (JERSEY) NO. 15 LIMITED; LORELEY FINANCING (JERSEY) NO. 28 LIMITED; and LORELEY FINANCING (JERSEY) NO. 30 LIMITED<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO SECURITIES, LLC; WELLS FARGO SECURITIES INTERNATIONAL LIMITED; WELLS FARGO BANK, N.A.; HARDING ADVISORY LLC; STRUCTURED ASSET INVESTORS, LLC; OCTANS II CDO LTD; OCTANS II CDO LLC; SAGITTARIUS CDO I LTD; SAGITTARIUS CDO I LLC; LONGSHORE CDO FUNDING 2007-3 LTD.; and LONGSHORE CDO FUNDING 2007-3 LLC,<br><br>Defendants. | No. 12-CV-3723 (RJS) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jayant W. Tambe of Jones Day, with offices located at 222 East 41st Street, New York, NY 10017, hereby appears on behalf of defendant Longshore CDO Funding 2007-3 Ltd.

I hereby certify that I am admitted to practice before this Court.

Dated: July 16, 2012
      New York, New York

                                        /s/ Jayant W. Tambe
                                        Jayant W. Tambe
                                        JONES DAY
                                        222 East 41st Street
                                        New York, New York 10017
                                        Telephone: (212) 326-3604
                                        Facsimile: (212) 755-7306
                                        Email: jtambe@jonesday.com

*Attorneys for Defendants Wells Fargo Securities LLC, Wells Fargo Securities International Ltd., Wells Fargo Bank, N.A., Structured Asset Investors LLC, and Longshore CDO Funding 2007-3 Ltd.*