UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORELEY FINANCING (JERSEY) NO. 3 LIMITED; LORELEY FINANCING (JERSEY) NO. 5 LIMITED; LORELEY FINANCING (JERSEY) NO. 15 LIMITED; LORELEY FINANCING (JERSEY) NO. 28 LIMITED; and LORELEY FINANCING (JERSEY) NO. 30 LIMITED<br><br>     Plaintiffs,<br><br>   v.<br><br>WELLS FARGO SECURITIES, LLC; WELLS FARGO SECURITIES INTERNATIONAL LIMITED; WELLS FARGO BANK, N.A.; HARDING ADVISORY LLC; STRUCTURED ASSET INVESTORS, LLC; OCTANS II CDO LTD; OCTANS II CDO LLC; SAGITTARIUS CDO I LTD; SAGITTARIUS CDO I LLC; LONGSHORE CDO FUNDING 2007-3 LTD.; and LONGSHORE CDO FUNDING 2007-3 LLC,<br><br>     Defendants. | No. 12-CV-3723 (RJS) |

## RULE 7.1 DISCLOSURE STATEMENT

  Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Longshore CDO Funding 2007-3 Ltd., an exempted limited liability company organized under the laws of the Cayman Islands, certifies that it has no parents or subsidiaries. All ordinary shares of Longshore CDO Funding 2007-3 Ltd. are held in trust for charitable purposes by Deutsche Bank (Cayman) Limited, a licensed trust company incorporated in the Cayman Islands.

Dated: July 16, 2012
       New York, New York

                      /s/ Alex P. McBride
                      Jayant W. Tambe
                      Alex P. McBride
                      JONES DAY
                      222 East 41st Street
                      New York, New York 10017
                      Telephone: (212) 326-3939
                      Facsimile: (212) 755-7306

                      David C. Bohan
                      William M. Regan
                      KATTEN MUCHIN ROSENMAN LLP
                      575 Madison Avenue
                      New York, NY 10022-2585
                      Telephone:(212) 940-8579
                      Facsimile: (212) 894-5549

                      *Attorneys for Defendants Wells Fargo Securities LLC, Wells Fargo Securities International Ltd., Wells Fargo Bank, N.A., Structured Asset Investors LLC, and Longshore CDO Funding 2007-3 Ltd.*