UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORELEY FINANCING (JERSEY) NO. 3
LIMITED, *et al.*,

                        Plaintiffs,

-v-

WELLS FARGO SECURITIES, LLC, *et al.*,

                        Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/2012
```

No. 12 Civ. 3723 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    As stated on the record at the conference held on July 17, 2012, IT IS HEREBY ORDERED THAT the parties shall comply with the following briefing schedule:

| | |
|---|---|
| July 31, 2012 | Defendants shall file their motion to dismiss; |
| September 17, 2012 | Plaintiffs shall submit their response; |
| October 1, 2012 | Defendants shall submit their reply. |

The Court will hold oral argument on November 2, 2012 at 11:30 a.m.[1]

    IT IS FURTHER ORDERED THAT Defendants moving briefs may be a total of 50 pages, to be divided between the Defendants as they find appropriate. Plaintiffs may submit an opposition brief of up to 50 pages. Defendants may submit a reply of up to 20 pages.

SO ORDERED.

Dated:      July 17, 2012
               New York, New York

                                               RICHARD J. SULLIVAN
                                               UNITED STATES DISTRICT JUDGE

---

[1] At the July 17, 2012 conference, the Court initially stated that argument would take place at 2:30 p.m. However, due to a scheduling conflict, argument will take place at 11:30 a.m. as noted above.