UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORELEY FINANCING (JERSEY) NO. 3 LIMITED; LORELEY FINANCING (JERSEY) NO. 5 LIMITED; LORELEY FINANCING (JERSEY) NO. 15 LIMITED; LORELEY FINANCING (JERSEY) NO. 28 LIMITED; and LORELEY FINANCING (JERSEY) NO. 30 LIMITED<br><br>                Plaintiffs,<br><br>     v.<br><br>WELLS FARGO SECURITIES, LLC; WELLS FARGO SECURITIES INTERNATIONAL LIMITED; WELLS FARGO BANK, N.A.; HARDING ADVISORY LLC; STRUCTURED ASSET INVESTORS, LLC; OCTANS II CDO LTD; OCTANS II CDO LLC; SAGITTARIUS CDO I LTD; SAGITTARIUS CDO I LLC; LONGSHORE CDO FUNDING 2007-3 LTD.; and LONGSHORE CDO FUNDING 2007-3 LLC,<br><br>                Defendants. | No. 12-CV-3723 (RJS) |

## **RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Longshore CDO Funding 2007-3 Ltd., an exempted limited liability company organized under the laws of the Cayman Islands, certifies that it has no parents or subsidiaries.  All ordinary shares of Longshore CDO Funding 2007-3 Ltd. are held in trust for charitable purposes by Deutsche Bank (Cayman) Limited, a licensed trust company incorporated in the Cayman Islands.

Dated: July 16, 2012
New York, New York

/s/ Alex P. McBride
Jayant W. Tambe
Alex P. McBride
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

David C. Bohan
William M. Regan
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Telephone:(212) 940-8579
Facsimile: (212) 894-5549

*Attorneys for Defendants Wells Fargo Securities LLC, Wells Fargo Securities International Ltd., Wells Fargo Bank, N.A., Structured Asset Investors LLC, and Longshore CDO Funding 2007-3 Ltd.*