UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LORELEY FINANCING (JERSEY) NO. 3 LIMITED; LORELEY FINANCING (JERSEY) NO. 5 LIMITED; LORELEY FINANCING (JERSEY) NO. 15 LIMITED; LORELEY FINANCING (JERSEY) NO. 28 LIMITED; and LORELEY FINANCING (JERSEY) NO. 30 LIMITED<br><br>                Plaintiffs,<br><br>   v.<br><br>WELLS FARGO SECURITIES, LLC; WELLS FARGO SECURITIES INTERNATIONAL LIMITED; WELLS FARGO BANK, N.A.; HARDING ADVISORY LLC; STRUCTURED ASSET INVESTORS, LLC; OCTANS II CDO LTD; OCTANS II CDO LLC; SAGITTARIUS CDO I LTD; SAGITTARIUS CDO I LLC; LONGSHORE CDO FUNDING 2007-3 LTD.; and LONGSHORE CDO FUNDING 2007-3 LLC,<br><br>                Defendants. | No. 12-CV-3723 (RJS)<br><br>ECF Case |

**DECLARATION OF TOBY PEREGRINE-JONES IN SUPPORT OF
WELLS FARGO SECURITIES INTERNATIONAL LIMITED'S
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, Toby Peregrine-Jones, make this declaration pursuant to 28 U.S.C. § 1746 based on corporate records and information and belief. I state the following under penalty of perjury:

1. I am over twenty-one years old. I am company secretary of Defendant Wells Fargo Securities International Limited ("WFSIL"). I was appointed company secretary in September 2010 and in this position I am familiar with the corporate structure of WFSIL. I am familiar with the facts and circumstances set forth herein through personal knowledge and

relevant business records. I submit this declaration in support of WFSIL's Fed. R. Civ. P. 12(b)(2) Motion to Dismiss the Complaint as to WFSIL for Lack of Personal Jurisdiction.

2. WFSIL is a company organized under the laws of England and Wales with limited liability. Its principal place of business is at 1 Plantation Place, 30 Fenchurch Street, London, EC3M 3BD, United Kingdom.

3. WFSIL changed its name from Wachovia Securities International Limited on July 25, 2009.

4. Amongst other activities outside the United States, WFSIL is in the business of marketing securities to investors outside of the United States and does not transact or solicit this business in the State of New York.

5. WFSIL does not possess any licenses, permits, charters or certificates granted by the State of New York or by any county or municipal government in New York.

6. WFSIL does not have a generalized agent for service of process in the State of New York.

7. WFSIL does not own any real estate situated in the State of New York.

8. WFSIL has not initiated a lawsuit in any court of the State of New York.

9. I have reviewed the Complaint in the above-captioned action.

10. In the Complaint, Plaintiffs have cited certain e-mail communications allegedly involving Wachovia/Wells Fargo employees.

11. None of the individuals cited in the Complaint are (or were) employed by WFSIL, or act (or acted) as an officer or director of WFSIL.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 27, 2012

                                                TOBY PEREGRINE-JONES

**CERTIFICATE OF SERVICE**

I certify that on July 31, 2012, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system.  I also certify that a true and correct copy of the foregoing was sent to the following entities via first class mail:

>Octans II CDO Ltd.
>Sagittarius CDO I Ltd.
>c/o Maples Finance Services Limited
>PO Box 1093, Boundary Hall
>Cricket Square
>Grand Cayman KY1-1102
>Cayman Islands

/s/ *Jayant Tambe*