## CERTIFICATE OF SERVICE

  I certify that on September 17, 2012, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system. I also certify that a true and correct copy of the foregoing was sent to the following entities via first class mail:

Octans II CDO Ltd.
c/o Maples Finance Services Limited
PO Box 1093, Boundary Hall
Cricket Square
Grand Cayman KY1-1102
Cayman Islands

Sagittarius CDO I Ltd.
c/o Maples Finance Services Limited
PO Box 1093, Boundary Hall
Cricket Square
Grand Cayman KY1-1102
Cayman Islands

            /s/  Marc E. Kasowitz_____
            Marc E. Kasowitz