# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017.6702
TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

**MEMO ENDORSED**

September 25, 2012

Direct Number: (212) 326-3604
jtambe@jonesday.com

**VIA ELECTRONIC MAIL**
Hon. Richard J. Sullivan
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/2012
```

Re:  *Loreley Financing (Jersey) No. 3 et al. v. Wells Fargo Securities, LLC et al.*,
Case No. 12-3723 (RJS)

Dear Judge Sullivan:

We represent Defendants Wells Fargo Securities, LLC, Wells Fargo Securities International Limited, Wells Fargo Bank, N.A., Structured Asset Investors, LLC, and Longshore CDO Funding 2007-3 Ltd. in the above-captioned action. Together with Defendant Harding Advisory, LLC (collectively, "Defendants"), we submit this letter pursuant to the Court's Individual Rules to request an extension of time to file the reply brief and accompanying papers in support of Defendants' motion to dismiss the Complaint in this action ("Reply"). Pursuant to the Court's July 17, 2012 Order, Defendants filed their moving papers on July 31, 2012 and Plaintiffs filed their opposition papers on September 17, 2012.

Defendants are scheduled to submit their Reply on October 1, 2012. This week, however, Harding Advisory, LLC changed counsel, and is now represented by Orrick, Herrington & Sutcliff LLP who will file an appearance shortly. Harding's counsel advises that because of the change in law firms, they will need additional time to prepare arguments in support of the Reply. Therefore, Defendants respectfully request an extension of time by one (1) week, to and including October 8, 2012, to submit the Reply.

This is Defendants' first request for an extension of time in this action. Plaintiffs consent to this extension.

Finally, oral argument is currently scheduled for November 2, 2012, but should it be more convenient to reschedule oral argument in light of this extension, we, along with Plaintiffs, are available at the Court's convenience to set a new date.

The request is granted. Oral argument will proceed on November 2, 2012 as previously scheduled.

Respectfully submitted.

Jayant W. Tambe

SO ORDERED
Dated: 9/25/12
RICHARD J. SULLIVAN
U.S.D.J.

cc: Counsel of record (via electronic mail)

ALKHOBAR • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DUBAI
DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON