UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORELEY FINANCING (JERSEY) NO. 3 LIMITED; LORELEY FINANCING (JERSEY) NO. 5 LIMITED; LORELEY FINANCING (JERSEY) NO. 15 LIMITED; LORELEY FINANCING (JERSEY) NO. 28 LIMITED; and LORELEY FINANCING (JERSEY) NO. 30 LIMITED<br><br>       Plaintiffs,<br><br>  v.<br><br>WELLS FARGO SECURITIES, LLC; WELLS FARGO SECURITIES INTERNATIONAL LIMITED; WELLS FARGO BANK, N.A.; HARDING ADVISORY LLC; STRUCTURED ASSET INVESTORS, LLC; OCTANS II CDO LTD; OCTANS II CDO LLC; SAGITTARIUS CDO I LTD; SAGITTARIUS CDO I LLC; LONGSHORE CDO FUNDING 2007-3 LTD; and LONGSHORE CDO FUNDING 2007-3 LLC,<br><br>       Defendants. | No. 12-CV-03723 (RJS)<br><br>ECF Case |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Matthew L. Craner of Orrick, Herrington & Sutcliffe LLP, with offices located at 51 West 52nd Street, New York, NY 10019, hereby appears on behalf of defendant Harding Advisory, LLC.

I hereby certify that I am admitted to practice before this Court.

-2-

Dated: October 4, 2012                              Respectfully submitted,


                                                    By: /s/  Matthew L. Craner
                                                        Matthew L. Craner
                                                        ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                        51 West 52nd Street
                                                        New York, NY 10019
                                                        Telephone: (212) 506-5000
                                                        Facsimile: (212) 506-5151
                                                        mcraner@orrick.com
                                                        *Attorney for Defendant*
                                                        *Harding Advisory LLC*