UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORELEY FINANCING (JERSEY) NO. 3 LIMITED; LORELEY FINANCING (JERSEY) NO. 5 LIMITED; LORELEY FINANCING (JERSEY) NO. 15 LIMITED; LORELEY FINANCING (JERSEY) NO. 28 LIMITED; and LORELEY FINANCING (JERSEY) NO. 30 LIMITED<br><br>                    Plaintiffs,<br><br>        v.<br><br>WELLS FARGO SECURITIES, LLC; WELLS FARGO SECURITIES INTERNATIONAL LIMITED; WELLS FARGO BANK, N.A.; HARDING ADVISORY LLC; STRUCTURED ASSET INVESTORS, LLC; OCTANS II CDO LTD; OCTANS II CDO LLC; SAGITTARIUS CDO I LTD; SAGITTARIUS CDO I LLC; LONGSHORE CDO FUNDING 2007-3 LTD; and LONGSHORE CDO FUNDING 2007-3 LLC,<br><br>                    Defendants. | No. 12-CV-03723 (RJS)<br><br>ECF Case |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kelly M. Falls of Orrick, Herrington & Sutcliffe LLP, with offices located at 51 West 52nd Street, New York, NY 10019, hereby appears on behalf of defendant Harding Advisory.

I hereby certify that I am admitted to practice before this Court.

-2-

Dated: October 4, 2012                          Respectfully submitted,


                                                By: /s/  Kelly M. Falls
                                                    Kelly M. Falls
                                                    ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                    51 West 52nd Street
                                                    New York, NY 10019
                                                    Telephone: (212) 506-5000
                                                    Facsimile: (212) 506-5151
                                                    kdaley@orrick.com
                                                    *Attorney for Defendant*
                                                    *Harding Advisory LLC*