UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
LORELEY FINANCING (JERSEY)         Case No. 12-cv-3723 (RJS)
NO. 3 LIMITED, et al.   Plaintiff,

   -against-
WELLS FARGO SECURITIES, LLC,
et al.   Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒ I have cases pending            ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### Kelly Marie Falls
FILL IN ATTORNEY NAME

My SDNY Bar Number is: KF3250        My State Bar Number is 4970117

I am,
☒ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: MoloLamken LLP
            FIRM ADDRESS: 540 Madison Avenue
            FIRM TELEPHONE NUMBER: (212) 607-8175
            FIRM FAX NUMBER: (212) 607-8161

NEW FIRM:   FIRM NAME: Orrick, Herrington & Sutcliffe LLP (NYC)
            FIRM ADDRESS: 51 West 52nd Street
            FIRM TELEPHONE NUMBER: 212 506-5000
            FIRM FAX NUMBER: 212 506-5151

☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 10/8/12                     s/ Kelly M. Falls
                                   ATTORNEY'S SIGNATURE