UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

LORELEY FINANCING (JERSEY)                    Case No.  12-cv-3723 (RJS)
NO. 3 LIMITED, et al.          Plaintiff,

        -against-
WELLS FARGO SECURITIES, LLC,
et al.                         Defendant.
---------------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending          ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Joseph John Frank**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JF0669          My State Bar Number is 3960622

I am,
☑   An attorney
☐   A Government Agency attorney
☐   A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Latham & Watkins, LLP
             FIRM ADDRESS: 885 Third Avenue, Suite 1000
             FIRM TELEPHONE NUMBER: (212)-906-1316
             FIRM FAX NUMBER: (212)-751-4864

NEW FIRM:    FIRM NAME: Orrick, Herrington & Sutcliffe LLP (NYC)
             FIRM ADDRESS: 51 West 52nd Street
             FIRM TELEPHONE NUMBER: 212 506-5000
             FIRM FAX NUMBER: 212 506-5151

■    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
     was entered on _____ by Judge_____.

Dated: 10/8/12                       s/ Joseph J. Frank
                                     ATTORNEY'S SIGNATURE