UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

| | |
|---|---|
| LORELEY FINANCING (JERSEY) NO. 3 LIMITED; LORELEY FINANCING (JERSEY) NO. 5 LIMITED; LORELEY FINANCING (JERSEY) NO. 15 LIMITED; LORELEY FINANCING (JERSEY) NO. 28 LIMITED; and LORELEY FINANCING (JERSEY) NO. 30 LIMITED,<br><br>                          Plaintiffs,<br><br>            -v-<br><br>WELLS FARGO SECURITIES, LLC; WELLS FARGO SECURITIES INTERNATIONAL LIMITED; WELLS FARGO BANK, N.A.; HARDING ADVISORY LLC; STRUCTURED ASSET INVESTORS, LLC; OCTANS II CDO LTD; OCTANS II CDO LLC; SAGITTARIUS CDO I LTD; SAGITTARIUS CDO I LLC; LONGSHORE CDO FUNDING 2007-3, LTD.; and LONGSHORE CDO FUNDING 2007-3 LLC,<br><br>                          Defendants. | Civil Action No.: 12-cv-03723-RJS<br><br>Filed Electronically<br><br>**NOTICE OF APPEARANCE** |

---------------------------------------------------------------- x

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that Nathan C. Zezula of Meister Seelig & Fein LLP, with offices located at 140 E. 45th Street, New York, new York 10017, hereby appears on behalf of Plaintiffs, **Loreley Financing (Jersey) No. 3 Limited, Loreley Financing (Jersey) No. 5 Limited, Loreley Financing (Jersey) No. 15 Limited, Loreley Financing (Jersey) No. 28 Limited, and Loreley Financing (Jersey) No. 30 Limited**. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. I certify that I am admitted to practice in this Court.

[INTENTIONALLY LEFT BLANK, SIGNATURE TO FOLLOW ON THE NEXT PAGE]

Dated: New York, New York
October 16, 2012

/s/Austin D. Kim
Austin D. Kim
MEISTER SEELIG & FEIN LLP
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, New York 10017
(212) 655-3500
adk@msf-law.com

*Attorneys for Plaintiffs Loreley Financing (Jersey) No. 3 Limited, Loreley Financing (Jersey) No. 5 Limited, Loreley Financing (Jersey) No. 15 Limited, Loreley Financing (Jersey) No. 28 Limited, and Loreley Financing (Jersey) No. 30 Limited.*