UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LORELEY FINANCING (JERSEY) NO. 3
LIMITED, *et al.*,

                         Plaintiffs,

-v-

WELLS FARGO SECURITIES, LLC, *et al.*,

                         Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/2012
```

No. 12 Civ. 3723 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

Due to a conflict on the Court's calendar, IT IS HEREBY ORDERED that the oral argument previously scheduled for November 2, 2012 is adjourned to November 6, 2012 at 10:30 a.m. Although November 6, 2012 is Election Day, the parties, their counsel, and any interested observers will be permitted to attend the proceeding, which will take place in Courtroom 21C.

SO ORDERED.

Dated:      October 17, 2012
              New York, New York

                                                     RICHARD J. SULLIVAN
                                                     UNITED STATES DISTRICT JUDGE