# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

SHERON KORPUS
DIRECT DIAL: 212-506-1969
SKORPUS@KASOWITZ.COM

ATLANTA
HOUSTON
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY

VIA E-MAIL

October 18, 2012

The Honorable Richard J. Sullivan
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10006-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2012
```

Re:  *Loreley Financing (Jersey) No. 3 Ltd., et al. v. Wells Fargo Securities, LLC, et al.*, No. 1:12-cv-03723 (RJS)

Dear Judge Sullivan:

I write on behalf of the Plaintiffs. I received today the Court's order adjourning from November 2 to November 6, 2012 the oral argument on Defendants' motion to dismiss the complaint. Unfortunately, due to hearings on other matters, November 6, or any other date that week, present difficulties for my schedule. I also have a four day trial in California the following week. While I am available during the week of November 19, it is also Thanksgiving week which may be problematic for out of town counsel. I therefore request an adjournment of the oral argument to a date convenient to the court after the Thanksgiving break. This is our first request for an adjournment. Defendants' counsel do not oppose the request for an adjournment so long as oral argument in not delayed beyond December 20, subject of course to the Court's schedule and availability.

I thank the Court for its consideration of the above request.

Respectfully submitted,

Sheron Korpus

cc: Counsel of record (via e-mail)

```
The request is granted.  Oral argument is
adjourned to November 27, 2012 at 10:30 a.m.
```

SO ORDERED
Date: 10/18/12
RICHARD J. SULLIVAN
U.S.D.J.