UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
Loreley Financing (Jersey) No. 3
Limited et al          Plaintiff,

Case No. 1:12-cv-03723-RJS

-against-

Wells Fargo Securities, LLC et al    Defendant.
---------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Austin Dong Kim**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AK2822          My State Bar Number is 4592929

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Robinson & Cole, LLP
            FIRM ADDRESS: 1055 Washington Blvd, Stamford CT 06901
            FIRM TELEPHONE NUMBER: 203-462-7500
            FIRM FAX NUMBER: 203-462-7599

NEW FIRM:   FIRM NAME: MEISTER SEELIG & FEIN LLP
            FIRM ADDRESS: 140 East 45th Street, 19th Floor, New York, NY 10017
            FIRM TELEPHONE NUMBER: (212) 655-3500
            FIRM FAX NUMBER: (212) 655-3535

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 10/22/12

ATTORNEY'S SIGNATURE