**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LORELEY FINANCING (JERSEY) NO. 3 LIMITED; LORELEY FINANCING (JERSEY) NO. 5 LIMITED; LORELEY FINANCING (JERSEY) NO. 15 LIMITED; LORELEY FINANCING (JERSEY) NO. 28 LIMITED; and LORELEY FINANCING (JERSEY) NO. 30 LIMITED | 1:12-cv-03723-RJS  **ECF Case** |

Plaintiffs,

v.

WELLS FARGO SECURITIES, LLC; WELLS FARGO SECURITIES INTERNATIONAL LIMITED; WELLS FARGO BANK, N.A.; HARDING ADVISORY LLC; STRUCTURED ASSET INVESTORS, LLC; OCTANS II CDO LTD; OCTANS II CDO LLC; SAGITTARIUS CDO I LTD; SAGITTARIUS CDO I LLC; LONGSHORE CDO FUNDING 2007-3 LTD.; and LONGSHORE CDO FUNDING 2007-3 LLC,

Defendants.

## <u>MOTION OF MOLOLAMKEN LLP TO WITHDRAW AS COUNSEL</u>

Pursuant to Local Civil Rule 1.4, MoloLamken LLP ("MoloLamken"), Steven F. Molo and Benoit Quarmby move this Court for an order granting leave to withdraw as counsel for defendant Harding Advisory LLC ("Harding").

Local Civil Rule 1.4, "Withdrawal or Displacement of Attorney of Record," provides as follows:

> An attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the Court and may not withdraw from a case without leave of the Court granted by order. Such an order may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the

posture of the case, including its position, if any, on the
calendar . . . .

L. Civ. R. 1.4.

Withdrawal of MoloLamken, Steven F. Molo and Benoit Quarmby would not
unduly prejudice Harding.  Indeed, Harding is separately and independently represented
in this matter by the law firm of Orrick, Herrington & Sutcliffe LLP and its attorneys,
who have filed notices of appearances with the Court.  Moreover, because the Court has
stayed all discovery until its ruling on defendants' pending and fully briefed motion to
dismiss, the procedural posture of the case is such that the requested withdrawal at this
time will not prejudice Harding.

For the foregoing reasons, we respectfully request that the Court grant this motion
to withdraw as counsel for Harding in this matter.

Dated: October 19, 2012

*/s/ Steven Molo*
Steven F. Molo
Benoit Quarmby
MOLOLAMKEN LLP
540 Madison Avenue
New York, NY 10022
Telephone: (212) 607-8160

*Attorneys for Defendant Harding Advisory
LLC*