UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORELEY FINANCING (JERSEY) NO. 3 LIMITED; LORELEY FINANCING (JERSEY) NO. 5 LIMITED; LORELEY FINANCING (JERSEY) NO. 15 LIMITED; LORELEY FINANCING (JERSEY) NO. 28 LIMITED; and LORELEY FINANCING (JERSEY) NO. 30 LIMITED<br><br>      Plaintiffs,<br><br>  v.<br><br>WELLS FARGO SECURITIES, LLC; WELLS FARGO SECURITIES INTERNATIONAL LIMITED; WELLS FARGO BANK, N.A.; HARDING ADVISORY LLC; STRUCTURED ASSET INVESTORS, LLC; OCTANS II CDO LTD; OCTANS II CDO LLC; SAGITTARIUS CDO I LTD; SAGITTARIUS CDO I LLC; LONGSHORE CDO FUNDING 2007-3 LTD.; and LONGSHORE CDO FUNDING 2007-3 LLC,<br><br>      Defendants. | 1:12-cv-03723-RJS<br><br>ECF Case |

### AFFIDAVIT OF BENOIT QUARMBY IN SUPPORT OF MOLOLAMKEN'S MOTION TO WITHDRAW AS COUNSEL TO HARDING ADVISORY LLC

I, Benoit Quarmby, state the following under penalty of perjury:

1. I am a member of the law firm of MoloLamken LLP, counsel for Harding Advisory LLC in the above-referenced action. I submit this declaration in support of MoloLamken's Motion to Withdraw as Counsel to Harding Advisory LLC.

2. Harding Advisory LLC is separately and independently represented in this action by the law firm of Orrick, Herrington & Sutcliffe LLP and its attorneys.

3. I have read MoloLamken's Motion to Withdraw as Counsel to Harding Advisory, and believe all statements therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on October 19, 2012

_____
Benoit Quarmby