UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11 | 15 | 2012
```

---

LORELEY FINANCING (JERSEY) NO. 3
LIMITED, *et al.*,

                Plaintiffs,

-v-

WELLS FARGO SECURITIES, LLC, *et al.*,

                Defendants.

No. 12 Civ. 3723 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

Due to the unforeseeable impacts of Superstorm Sandy on the Court's calendar, and the fact that the Court is currently presiding over a criminal trial that is expected to run through the end of December, IT IS HEREBY ORDERED that oral argument on Defendants' motion to dismiss is adjourned to January 8, 2013 at 10:30 a.m.

SO ORDERED.

Dated:       November 14, 2012
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE