KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

SHERON KORPUS
DIRECT DIAL: 212-506-1969
SKORPUS@KASOWITZ.COM

ATLANTA
HOUSTON
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY

VIA E-MAIL

**MEMO ENDORSED**

November 15, 2012

The Honorable Richard J. Sullivan
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10006-1312

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2012

Re:   *Loreley Financing (Jersey) No. 3 Ltd., et al. v. Wells Fargo Securities, LLC, et al.*, No. 1:12-cv-03723 (RJS)

Dear Judge Sullivan:

I write on behalf of the Plaintiffs. I received today the Court's order adjourning from November 27, 2012 to January 8, 2013 the oral argument on Defendants' motion to dismiss the complaint. Unfortunately, I have a long-standing family commitment and was planning to be out of town January 2-8, 2013. I therefore request an adjournment of the oral argument to a date convenient to the Court. I am available any other date in January 2013. I had previously requested an adjournment when the Court rescheduled the hearing from its original date of November 2 to November 6, due to other trial commitments on that date. Defendants' counsel consent to the proposed adjournment.

I thank the Court for its consideration of the above request.

Respectfully submitted,

*[signature]*

Sheron Korpus

cc: Counsel of record (via e-mail)

```
The request is granted.  Oral argument is
adjourned to January 18, 2013 at 2:00 p.m.
```

SO ORDERED
Dated: 11/15/12

RICHARD J. SULLIVAN
U.S.D.J.