USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LORELEY FINANCING (Jersey) No. 3
LIMITED, et al.,,

                Plaintiffs,

-against-

WELLS FARGO SECURITIES, LLC, et al.,
                Defendants.
------------------------------------------------------------X

12 **CIVIL** 3723 (RJS)

**JUDGMENT**

     Defendants having moved to dismiss the Complaint, and the matter having come before the Honorable Richard J. Sullivan, United States District Judge, and the Court, on March 28, 2013, having rendered its Memorandum and Order granting defendants' motion to dismiss as to all claims and all defendants, and dismissing the complaint with prejudice, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 28, 2013, defendants' motion to dismiss is granted as to all claims and all defendants, and the complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
         March 28, 2013

                                                **RUBY J. KRAJICK**
                                                  Clerk of Court
                                 BY:
                                                       Deputy Clerk

                                               **THIS DOCUMENT WAS ENTERED**
                                               **ON THE DOCKET ON** _____