UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORELEY FINANCING (JERSEY) NO. 3 LIMITED; LORELEY FINANCING (JERSEY) NO. 5 LIMITED; LORELEY FINANCING (JERSEY) NO. 15 LIMITED; LORELEY FINANCING (JERSEY) NO. 28 LIMITED; and LORELEY FINANCING (JERSEY) NO. 30 LIMITED, <br><br> Plaintiffs, <br><br> - v - <br><br> WELLS FARGO SECURITIES, LLC; WELLS FARGO SECURITIES INTERNATIONAL LIMITED; WELLS FARGO BANK, N.A.; HARDING ADVISORY LLC; STRUCTURED ASSET INVESTORS, LLC; OCTANS II CDO LTD; OCTANS II CDO LLC; SAGITTARIUS CDO I LTD; SAGITTARIUS CDO I LLC; LONGSHORE CDO FUNDING 2007-3, LTD.; and LONGSHORE CDO FUNDING 2007-3 LLC, <br><br> Defendants. | No. 12-CV-3723 (RJS) <br><br> **ECF Case** <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that Loreley Financing (Jersey) No. 3 Limited, Loreley Financing (Jersey) No. 5 Limited, Loreley Financing (Jersey) No. 15 Limited, Loreley Financing (Jersey) No. 28 Limited, and Loreley Financing (Jersey) No. 30 Limited (together, "Plaintiffs"), by and through their undersigned counsel, hereby appeal to the United States Court of Appeals for the Second Circuit from: (a) the Memorandum and Order granting the motion to dismiss of Defendants Wells Fargo Securities, LLC, Wells Fargo Securities International Limited, Wells Fargo Bank, N.A., Structured Asset Investors, LLC, Longshore CDO Funding 2007-3 Ltd. and

Harding Advisory LLC, entered in this action on March 28, 2013 (the "Memorandum and Order"); and (b) the Judgment entered in this action on April 1, 2013 (the "Judgment"). Copies of the Memorandum and Order and the Judgment are attached hereto as Exhibits A and B, respectively.

Dated: New York, New York
April 18, 2013

Respectfully submitted,

/s/  Marc E. Kasowitz_____
Marc E. Kasowitz
Sheron Korpus
David M. Max
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

James M. Ringer
Alexander D. Pencu
MEISTER SEELIG & FEIN LLP
140 East 45th Street, 19th Floor
New York, NY 10017
(212) 655-3500

*Attorneys for Plaintiffs*

To:

Jayant W. Tambe
Alexander P. McBride
Howard F. Sidman
JONES DAY
222 East 41st Street
New York, NY 10017

David C. Bohan
William M. Regan

KATTEN MUCHIN ROSENMAN LLP
575 Madison Ave
New York, NY 10022

*Attorneys for Defendants Wells Fargo Securities, LLC, Wells Fargo Securities International Limited, Wells Fargo Bank, N.A., Structured Asset Investors, LLC, and Longshore CDO Funding 2007-3 Ltd.*

Joseph J. Frank
Matthew L. Craner
Kelly M. Falls
ORRICK HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142

*Attorneys for Defendant Harding Advisory LLC*

**CERTIFICATE OF SERVICE**

      I certify that on April 18, 2013, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system. I also certify that a true and correct copy of the foregoing was sent to the following entities via first class mail:

Octans II CDO Ltd.
c/o Maples Finance Services Limited
PO Box 1093, Boundary Hall
Cricket Square
Grand Cayman KY1-1102
Cayman Islands

Sagittarius CDO I Ltd.
c/o Maples Finance Services Limited
PO Box 1093, Boundary Hall
Cricket Square
Grand Cayman KY1-1102
Cayman Islands

                /s/ Marc E. Kasowitz_____
                Marc E. Kasowitz