UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORELEY FINANCING (JERSEY) NO. 3 LIMITED; LORELEY FINANCING (JERSEY) NO. 5 LIMITED; LORELEY FINANCING (JERSEY) NO. 15 LIMITED; LORELEY FINANCING (JERSEY) NO. 28 LIMITED; and LORELEY FINANCING (JERSEY) NO. 30 LIMITED<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO SECURITIES, LLC; WELLS FARGO SECURITIES INTERNATIONAL LIMITED; WELLS FARGO BANK, N.A.; HARDING ADVISORY LLC; STRUCTURED ASSET INVESTORS, LLC; OCTANS II CDO LTD.; OCTANS II CDO LLC; SAGITTARIUS CDO I LTD; SAGITTARIUS CDO I LLC; LONGSHORE CDO FUNDING 2007-3 LTD.; and LONGSHORE CDO FUNDING 2007-3 LLC,<br><br>Defendants. | Case No. 12-CV-3723 (RJS) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stephen M. Plotnick of Carter Ledyard & Milburn LLP, with offices at 2 Wall Street, New York, NY 10005, hereby appears as co-counsel on behalf of Plaintiffs Loreley Financing (Jersey) No. 3, Limited; Loreley Financing (Jersey) No. 5, Limited; Loreley Financing (Jersey) No. 15, Limited; Loreley Financing (Jersey) No. 28, Limited; and Loreley Financing (Jersey) No. 30, Limited.

I hereby certify that I am admitted to practice before this Court.

1

7658738.2

Dated:  September 1, 2015                                    Respectfully submitted,

                                                             /s/ Stephen M. Plotnick
                                                             Stephen M. Plotnick
                                                             CARTER LEDYARD & MILBURN LLP
                                                             2 Wall Street
                                                             New York, New York 10005
                                                             Tel: (212) 732-3200
                                                             Fax: (212) 732-3232
                                                             plotnick@clm.com