UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LORELEY FINANCING (JERSEY) NO. 3 LIMITED; LORELEY FINANCING (JERSEY), NO. 5 LIMITED; LORELEY FINANCING (JERSEY) NO. 15 LIMITED; LORELEY FINANCING (JERSEY) NO. 28 LIMITED; and LORELEY FINANCING (JERSEY) NO. 30 LIMITED,

    Plaintiffs,

   v.

WELLS FARGO SECURITIES, LLC; WELLS FARGO SECURITIES INTERNATIONAL LIMITED; WELLS FARGO BANK, N.A.; HARDING ADVISORY, LLC; STRUCTURED ASSET INVESTORS, LLC; OCTANS II CDO LTD; OCTANS II CDO LLC; SAGITTARIUS CDO I LTD; SAGITTARIUS CDO I LLC; LONGSHORE CDO FUNDING 2007-3, LTD.; and LONGSHORE CDO FUNDING 2007-3 LLC,

    Defendants.

No. 12-CV-3723 (RJS)

**APPEARANCE OF COUNSEL**

---

To clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Harding Advisory LLC.

Dated: September 4, 2015
   New York, New York

**BROWN RUDNICK LLP**

By: s/ Alex Lipman
   Alex Lipman
   Seven Times Square
   New York, New York 10036
   Telephone: (212) 209-4919
   Facsimile: (212) 209-4801
   abaynham@brownrudnick.com
   *Attorneys for Harding Advisory LLC*