UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x
:
LORELEY FINANCING (JERSEY) NO. 3 :
LIMITED; LORELEY FINANCING (JERSEY), :
NO. 5 LIMITED; LORELEY FINANCING : No. 12-CV-3723 (RJS)
(JERSEY) NO. 15 LIMITED; LORELEY :
FINANCING (JERSEY) NO. 28 LIMITED; and :
LORELEY FINANCING (JERSEY) NO. 30 :
LIMITED, : **APPEARANCE OF COUNSEL**
:
Plaintiffs, :
:
v. :
:
WELLS FARGO SECURITIES, LLC; WELLS :
FARGO SECURITIES INTERNATIONAL :
LIMITED; WELLS FARGO BANK, N.A.; :
HARDING ADVISORY, LLC; STRUCTURED :
ASSET INVESTORS, LLC; OCTANS II CDO :
LTD; OCTANS II CDO LLC; SAGITTARIUS :
CDO I LTD; SAGITTARIUS CDO I LLC; :
LONGSHORE CDO FUNDING 2007-3, LTD.; :
and LONGSHORE CDO FUNDING 2007-3 :
LLC, :
:
Defendants. :
--------------------------------------------------------- x

To clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Harding Advisory LLC.

| | |
|---|---|
| Dated: September 4, 2015<br>New York, New York | **BROWN RUDNICK LLP**<br><br>By:  s/ Ashley Baynham<br>    Ashley Baynham<br>    Seven Times Square<br>    New York, New York 10036<br>    Telephone: (212) 209-4991<br>    Facsimile: (212) 209-4801<br>    abaynham@brownrudnick.com<br>    *Attorneys for Harding Advisory LLC* |