UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
Loreley Financing (Jersey) No. 3 Limited et al.
         Plaintiff,

Case No. 1:12-cv-03723-RJS

     -against-

Wells Fargo Securities, LLC et al.
         Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Alex Lipman**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AL 0753    My State Bar Number is: 2487395

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Nixon Peabody LLP
                  FIRM ADDRESS: 437 Madison Avenue, New York, NY 10022
                  FIRM TELEPHONE NUMBER: (212) 940-3042
                  FIRM FAX NUMBER: (212) 940-3111

NEW FIRM:    FIRM NAME: Brown Rudnick LLP
                  FIRM ADDRESS: Seven Times Square, New York, NY 10036
                  FIRM TELEPHONE NUMBER: (212) 209-4919
                  FIRM FAX NUMBER: (212) 209-4801

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: September 4, 2015          /s/ Alex Lipman
                                                    ATTORNEY'S SIGNATURE