UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
Loreley Financing (Jersey) No. 3 Limited, et al.        Plaintiff,

Case No.  1:12-cv-03723-RJS

-against-

Wells Fargo Securities, LLC, et al.        Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending            [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Ashley L. Baynham_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _AB 8484_____   My State Bar Number is _4322665_____

I am,

[✓]  An attorney
[ ]  A Government Agency attorney
[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME: _Nixon Peabody LLP_____
             FIRM ADDRESS: _100 Summer Street, Boston, MA 02110_____
             FIRM TELEPHONE NUMBER: _(617) 345-1180_____
             FIRM FAX NUMBER: _(877) 501-8520_____

NEW FIRM:    FIRM NAME: _Brown Rudnick LLP_____
             FIRM ADDRESS: _Seven Times Square,  New York, NY 10036_____
             FIRM TELEPHONE NUMBER: _(212) 209-4991_____
             FIRM FAX NUMBER: _(212) 209-4801_____

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: September 4, 2015                    /s/ Ashley L. Baynham_____
                                            ATTORNEY'S SIGNATURE