## JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017.6702
TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

VIA ECF AND E-MAIL

September 8, 2015

The Honorable Richard J. Sullivan
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Loreley Financing (Jersey) No. 3 Ltd., et al. v. Wells Fargo Securities, LLC, et al.*, No. 1:12-cv-3723 (RJS)

Dear Judge Sullivan:

Pursuant to the Court's Order of August 26, 2015 the parties jointly submit this letter setting forth the parties' contemplated next steps in the above-captioned action.

Plaintiffs will file an amended complaint no later than September 11, 2015.

The parties will hold a Rule 26(f) conference on September 22, 2015, and will submit a Case Management Plan and Proposed Scheduling Order to the Court no later than September 29, 2015.

Respectfully submitted,

Sheron Korpus
KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

*Attorneys for Plaintiffs Loreley Financing (Jersey) No. 3 Ltd., Loreley Financing (Jersey) No. 5 Ltd., Loreley Financing (Jersey) No. 15 Ltd., Loreley Financing*

Jayant W. Tambe
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

*Attorneys for Defendants Wells Fargo Securities LLC, Wells Fargo Bank, N.A., Structured Asset Investors, LLC and Longshore CDO Funding 2007-3, Ltd.*

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

*(Jersey) No. 28 Ltd. and Loreley Financing (Jersey) No. 30 Ltd.*

*Ashley L. Baynham /KMF*
_____
Ashley L. Baynham
Brown Rudnick LLP
7 Times Square
New York, NY 10036
(212) 209-4800

*Attorneys for Defendant Harding Advisory LLC*