UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LORELEY FINANCING (JERSEY) NO. 3
LIMITED, *et al.*,

Plaintiffs,

-v-

WELLS FARGO SECURITIES, LLC, *et al.*,

Defendants.

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-13-15

No. 12-cv-3723 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a joint letter from the parties, dated September 29, 2015, requesting a discovery conference to address areas of disagreement in the parties' proposed case management plan and scheduling order and notifying the Court that, on or before October 9, 2015, Defendants intended to file pre-motion letters in connection with a potential motion to dismiss some of the claims alleged in the First Amended Complaint. (Doc. No. 86.) The Court is now in receipt of the pre-motion letters from Defendants, both dated October 9, 2015, requesting a pre-motion conference concerning their contemplated motion. (Doc. Nos. 87 & 88.) Accordingly, pursuant to the Court's Individual Practices, IT IS HEREBY ORDERED THAT, by Thursday, October 15, 2015, Plaintiffs shall submit a response to Defendants' pre-motion letters.  IT IS FURTHER ORDERED THAT the parties shall appear for a joint discovery and pre-motion conference on Tuesday, October 27, 2015 at 2:30 p.m. in Courtroom 905 of the Thurgood Marshall United States District Court for the Southern District of New York, 40 Foley Square, New York, New York. IT IS FURTHER ORDERED THAT, by October 16, 2015, the

parties shall submit a joint letter describing concisely the discovery issues in dispute and the respective positions of each party, citing, if appropriate, any applicable authority that the respective parties claim for support.

SO ORDERED.

Dated:    October 9, 2015
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE