# KASOWITZ BENSON TORRES LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019

(212) 506-1700

FAX: (212) 506-1800

SHERON KORPUS
DIRECT DIAL: 212-506-1969
DIRECT FAX: 212-500-3469
SKorpus@Kasowitz.com

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

August 28, 2019

**VIA ECF**
Hon. Debra Freeman
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

  Re: *Loreley Fin. (Jersey) No. 3 Ltd. et al. v. Wells Fargo Securities LLC et al.*,
    No. 12-03723 (S.D.N.Y.) (PAC)

Dear Judge Freeman:

  I write on behalf of all parties to this proceeding. On March 28, 2018, Plaintiffs and Defendants participated in a settlement conference via telephone. At the end of the conference, the Court requested that the parties report any progress towards settlement in a joint written status report every 30 days. The parties have no new information to report since the last report submitted on July 29, 2019.

  On December 14, 2018, Defendants served upon Plaintiffs motions for summary judgment and motions to exclude Plaintiffs' experts. Plaintiffs served oppositions to Defendants' motions on February 15, 2019, and Defendants served replies on March 15, 2019. Oral argument on the pending motions was held on May 29, 2019.

  While counsel for Plaintiffs and the Wells Fargo Defendants have discussed the possibility of settlement as requested by the Court, the parties have not made any progress towards settlement since the last report submitted on July 29, 2019, and will submit another joint report in 30 days.

                Respectfully,

                */s/ Sheron Korpus*

                Sheron Korpus

cc: Counsel of Record