UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LORELEY FINANCING (JERSEY) NO. 3
LIMITED; LORELEY FINANCING (JERSEY)
NO. 5 LIMITED; LORELEY FINANCING
(JERSEY) NO. 15 LIMITED; LORELEY
FINANCING (JERSEY) NO. 28 LIMITED; and
LORELEY FINANCING (JERSEY) NO. 30
LIMITED,

                Plaintiff,

-against-

WELLS FARGO SECURITIES, LLC;
WELLS FARGO BANK, N.A. HARDING
ADVISORY LLC; and STRUCTURED
ASSET INVESTORS, LLC,

                Defendant.
-----------------------------------------------------------X

12 **CIVIL** 3723 (PAC)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 17, 2019, Defendants' motion to exclude Plaintiffs' excerpts, with one limited exception is denied, and Defendants' motion for summary judgment is granted; judgment is entered in Defendants' favor, and this case is closed.

**Dated:** New York, New York
         September 18, 2019

                                          RUBY J. KRAJICK
                                          Clerk of Court
                              BY:
                                          Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 9/18/2019